52 F.3d 321
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Gerald Freeman MCNABB, Plaintiff--Appellant,
v.
Edward MURRAY, individually and in his official capacity as
Director for the Virginia Department of Corrections; Edward
W. Morris, individually and in his official capacity as
Deputy Director for the Virginia Department of Corrections;
Patrick Gurney, individually and in his official capacity as
Classification and Record Unit Manager for the Virginia
Department of Corrections; C.H. Allen, individually and in
his official capacity as Regional Ombudsman for the Virginia
Department of Corrections; W.P. Rogers, individually and in
his official capacity as Regional Administrator for the
Virginia Department of Corrections; D.R. Guillory,
individually and in his official capacity as Warden for the
Powhatan Correctional Center; W.P. Welch, individually and
in his official capacity as Medical Administrator for the
Powhatan Correctional Center; Doctor Barnes, individually
and in his official capacity as Doctor for the Powhatan
Correctional Center; Doctor Sarker, individually and in his
official capacity as Doctor for the Powhatan Correctional
Center; Nurse Smith, individually and in her official
capacity as Head Nurse for the Powhatan Correctional Center;
Nurse Woods, individually and in her official capacity as
Nurse for the Powhatan Correctional Center; Nurse Webb,
individually and in his official capacity as Nurse for the
Powhatan Correctional Center; Nurse Frentress, individually
and in her official capacity as Nurse for the Powhatan
Correctional Center; Nurse Keith, Individually and in his
official capacity as Nurse for the Powhatan Correctional
Center; L. Williams, individually and in his official
capacity as Nurse for the Powhatan Correctional Center;
Nurse Derdivanis, individually and in his official capacity
As Counselor for the Powhatan Correctional Center; R.
Villars, individually and in his official capacity As
Counselor for the Powhatan Correctional Center; B.
Caraballo, individually and in her official capacity as
Counselor for the Powhatan Correctional Center, Defendants--Appellees.
 No. 95-6018.
 United States Court of Appeals, Fourth Circuit.
 Submitted: March 15, 1995.
Decided: April 25, 1995.
 
 Gerald Freeman McNabb, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, VA; John Baldwin Catlett, Jr., Joe Thompson Cravens, Carlyle Randolph Wimbish, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, VA, for Appellees.
 Before RUSSELL and WILLIAMS, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. McNabb v. Murray, No. CA-93-764-2 (E.D. Va. Dec. 22, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.